

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 20, 2015

The Honorable George B. Daniels
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

     **Re:**     *United States* **v.** *Franco Olmeda-Rueda*, **05 Cr. 698**

Dear Judge Daniels:

    The parties in the above-captioned case are prepared to proceed with the sentencing of Mr. Olmeda-Rueda. Accordingly, the Government and defense counsel respectfully request that sentencing be set for Monday, June 8, 2015, at 10:00 a.m., which we understand is available in the Court's schedule. I have spoken with Thomas Ambrosio, Esq., counsel to the defendant, who joins in this request.

                       Respectfully submitted,

                       PREET BHARARA
                       United States Attorney

By:   */s/ Alex Rossmiller*
                       Alex Rossmiller
                       Assistant United States Attorney
                       Tel.: (212) 637-2415

Cc: Thomas Ambrosio, counsel for defendant (via ECF)