**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 2 2015
```

April 20, 2015

**SO ORDERED**
The sentencing is scheduled for June 8, 2015 at 10:00 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

The Honorable George B. Daniels
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

APR 21 2015

**Re:   *United States v. Franco Olmeda-Rueda*, 05 Cr. 698**

Dear Judge Daniels:

    The parties in the above-captioned case are prepared to proceed with the sentencing of Mr. Olmeda-Rueda. Accordingly, the Government and defense counsel respectfully request that sentencing be set for Monday, June 8, 2015, at 10:00 a.m., which we understand is available in the Court's schedule. I have spoken with Thomas Ambrosio, Esq., counsel to the defendant, who joins in this request.

                                                      Respectfully submitted,

                                                      PREET BHARARA
                                                      United States Attorney

                                  By:   */s/ Alex Rossmiller*
                                       Alex Rossmiller
                                       Assistant United States Attorney
                                       Tel.: (212) 637-2415

Cc: Thomas Ambrosio, counsel for defendant (via ECF)